IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ira, Eva M | Case Number: 07 B 20852 |
| | Judge: Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed: 11/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  June 18, 2008
Confirmed:  January 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,218.03 | |
| Secured: | | 2,174.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 277.78 |
| Other Funds: | | 4,265.60 |
| Totals: | 9,218.03 | 9,218.03 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | Healthcare Associates Credit Union | Secured | 18,618.02 | 2,174.65 |
| 3. | Resurgent Capital Services | Unsecured | 7,276.03 | 0.00 |
| 4. | Healthcare Associates Credit Union | Unsecured | 2,009.22 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 410.36 | 0.00 |
| 6. | Capital One | Unsecured | 3,527.76 | 0.00 |
| 7. | Bass & Associates | Unsecured | 171.11 | 0.00 |
| 8. | Capital One | Unsecured | 2,504.77 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 11,087.91 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 9,965.65 | 0.00 |
| 11. | American General Finance | Unsecured | 2,121.84 | 0.00 |
| 12. | Healthcare Associates Credit Union | Unsecured | 1,062.30 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 54.30 | 0.00 |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | First National Credit Card | Unsecured | | No Claim Filed |
| 16. | MCYDSNB | Unsecured | | No Claim Filed |
| 17. | Wells Fargo | Unsecured | | No Claim Filed |
| | | | $ 61,309.27 | $ 4,674.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 216.69 |
| 6.5% | 61.09 |
| | $ 277.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Ira, Eva M

Printed:  9/3/08

Case Number:  07 B 20852
Judge:  Goldgar, A. Benjamin
Filed:  11/7/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

